Argued and submitted March 4, reversed April 6, 1982

McINTYRE,
*Respondent on Review,*
*v.*
WRIGHT,
*Defendant,*
*and*
STATE ACCIDENT INSURANCE FUND
CORPORATION,
*Petitioner on Review.*
(CA 19231, SC 28239)
643 P2d 338

Darrell E. Bewley, Appellate Counsel, Salem, argued the cause for petitioner on review. With him on the brief were K. R. Maloney, General Counsel, and James A. Blevins, Chief Trial Counsel, Salem.

Stanton F. Long, Deputy Attorney General, Salem, argued the cause for respondent on review. With him on the brief were David B. Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem.

Before Denecke, C.J., and Lent, Linde,** Peterson, Tanzer and Campbell, JJ.

TANZER, J.

---

** Linde, J., did not participate in this decision.

## TANZER, J.

This is a post-decree garnishment proceeding in a dissolution suit. The trial court allowed a continuing garnishment against defendant's workers' compensation benefits in the hands of the insurer. The Court of Appeals modified.

The issues in this case are identical to those presented in the case of *Satterfield v. Satterfield*, 292 Or 780, 643 P2d 336 (1982) (decided this date). Our decision in this case is based upon the reasons expressed in our opinion in *Satterfield*.

The Court of Appeals allowance of the garnishment is reversed.